DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES B. SCHIELE,**
Appellant,

v.

**HARRIET L. SCHIELE, CHARLES B. SCHIELE DECLARATION OF TRUST, CHARLES B. SCHIELE AMENDED AND RESTATED DECLARATION OF TRUST,** and **CB SCHIELE HOLDINGS, LLC,**
Appellees.

No. 4D23-331

[July 6, 2023]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 502022DR002551XXXXNB.

Ralph T. White of the Law Office of R.T. White, Palm Beach Gardens, for appellant.

Caryn A. Stevens and Thomas R. Baker, III, of Stephens & Stevens, PLLC, West Palm Beach, for appellee Harriet L. Schiele.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and MAY, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***